# USM-285 Process Receipt and Return

**U.S. Department of Justice — United States Marshals Service**

18-cv-03611
Judge: Charles R. Norgle, Sr
Magistrate: Sidney I. Schenkier

EAA

Civil Waiver

**PLAINTIFF:** Kevin Sroga
**DEFENDANT:** E+R Towing Inc.

**SERVE AT:** E+R Towing Inc.
**ADDRESS:** 16325 Crawford Ave. Markham IL 60428

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT:**
Sroga, Kevin
7915 W. Cressett Dr.
Elmwood Pk IL 60707

Number of process to be served with this Form 285:
Number of parties to be served in this case: 5
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS:** 708-333-7300

Signature of Attorney: [signed] Sroga
X PLAINTIFF
TELEPHONE NUMBER: 773-401-2716
DATE: 5/22/18

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2/3 | 24 | 24 | PTD | 04/26/2021 |

X have legal evidence of service

Date: 05/12/2021  Time: 810  X am

Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

**REMARKS:** 04/26 mailed waiver
05/12 Waiver of Service Accepted




FILED 5/12/2021 JG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Form USM-285 Rev. 12/80

RECEIVED
MAY 2 2 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT