**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN SROGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-cv-03611 |
| v. | ) | |
| | ) | Hon. Judge Charles R. Norgle, Sr. |
| LEROY KAMINISKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT E & R TOWING'S FIRST MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant E&R Towing ("E&R"), by and through its attorney Bernard F. Crotty of the Law Office of Bernard F. Crotty, P.C., hereby respectfully moves this Honorable Court for an extension of time to respond to the Plaintiff's Complaint through and inclusive of July 12, 2021. In support of its motion, E&R states as follows:

1. Plaintiff filed the Complaint on May 22, 2018.

2. Pursuant to a letter from the United States Marshal Service dated April 26, 2021, Plaintiff eventually delivered a request for waiver of service to defendant E&R.

3. Defendant E&R waived service of summons and the time for E&R to file its answer or motion is June 25, 2021.

4. Upon motion of the defendant City of Chicago and pursuant to an order of this Court entered May 17, 2021, defendants City of Chicago and LeRoy Kaminski were granted until July 12, 2021 to file their motions to dismiss Plaintiff's Complaint.

5. E&R will be filing a motion to dismiss and anticipates it will have similar grounds to those asserted by the City of Chicago and also some additional grounds. For purposes of judicial economy, E&R would like to coordinate with the City of Chicago and may seek to join portions of the City of Chicago's motion to dismiss.

6. This motion is not intended to delay the proceedings, no party will be prejudiced by the Court granting this motion, and with all of the defendants' motions being due on the same date of July 12, 2021, the Court can thereafter enter a briefing schedule with the same dates for all defendant motions.

7. URT respectfully requests until July 12, 2021 to file its motion to dismiss the Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, E&R Towing respectfully requests this Honorable Court to grant it an extension of time to file its motion to dismiss the Plaintiff's Complaint through and inclusive of July 12, 2021.


Date: June 24, 2021

                                Respectfully submitted,

                                E & R TOWING


                                By:    /s/ Bernard F. Crotty_____
                                            Attorney for E&R Towing

Bernard F. Crotty
Law Office of Bernard F. Crotty, P.C.
18861 90th Ave., Suite E
Mokena, Illinois 60448
bc@crottylawoffice.com
(708) 390-2803
*Attorney for Defendant E&R Towing*

2