IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SROGA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY KAMINSKI, et al.,<br><br>Defendants. | Case No. 1:18-cv-03611<br><br>Hon. Charles R. Norgle |

## ORDER

Though the Court ordered Plaintiff to respond to Defendants' motions to dismiss [33] [34] by August 16, 2021, Plaintiff has not yet filed any response. Plaintiff shall file a written response to the motions to dismiss by September 15, 2021. Plaintiff is admonished that if he fails to file a response by that date, the Court may dismiss this case for want of prosecution under Local Rule 41.1.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 2, 2021