IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SROGA,<br><br>　　　　　Plaintiff,<br>v.<br><br>Kaminiski, E & R Towing, John Doe E & R Tow Operators, and City of Chicago,<br><br>　　　　　Defendants. | Case No. 1:18-cv-03611<br><br>Hon. Charles R. Norgle |

## ORDER

Per the Court's September 2, 2021 Order, on account of Plaintiff's failure to respond to the Court's orders, failure to abide by the briefing schedule on Defendants' motion to dismiss, and failure to otherwise pursue this matter, the Court dismisses the case without prejudice for failure to prosecute. LR 41.1 ("Cases which have been inactive for more than six months may be dismissed for want of prosecution."). The Clerk is ordered to close the case. All pending motions [33] [34] [36] are denied as moot.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHARLES RONALD NORGLE, Judge
　　　　　　　　　　　　　　　　United States District Court

DATE: September 27, 2021